## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO WHITING,** | : | **CIVIL ACTION NO. 3:19-CV-1464** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT,** | : | |
| **OF CORRECTIONS,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of August, 2021, upon consideration of the motion (Doc. 25) for summary judgment by defendants, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  The motion (Doc. 25) for summary judgment is GRANTED.

2.  The Clerk of Court is DIRECTED to enter judgment in favor of defendants Pennsylvania Department of Corrections, Deborah Fryer, and SCI-Mahanoy Medical Department.

3.  All claims against defendant R. Miller are dismissed without prejudice.

4.  The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania